IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE DALE PRINGLE, | No. CIV S-02-1957-GEB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JIM BLALOCK, et al., | |
| Defendants. | |

On September 9, 2005, the court issued an order setting a status conference in this matter for October 11, 2005, at 10:00 a.m. in Redding, California. The court's order required the parties to submit status conference reports no later than seven days prior to the scheduled hearing. To date, plaintiff has not filed a status conference report. The status conference will, therefore, be vacated from the court's hearing calendar.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference set for October 11, 2005, at 10:00 a.m. before the undersigned in Redding, California, is vacated; and

2. Plaintiff shall show cause in writing, within 30 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

DATED:  October 5, 2005.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE